UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GBC INTERNATIONAL BANK,<br><br>               Plaintiff,<br>    vs.<br><br>MISS CORINNE, Official No. 607659, her mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boat, machinery, anchors, freights, fishing rights, and all other additions, improvements and necessaries appertaining, *In Rem*; and F/V MISS CORINNE LLC, *In Personam,*<br><br>               Defendants. | Case No. 3:12-cv-00035-SLG-JDR<br><br>**ORDER GRANTING MOTION FOR ORDER AUTHORIZING ISSUANCE OF A WARRANT OF ARREST**<br><br>Docket 4 |

       This matter having come before the Court and the Court having reviewed the pleadings on file in this matter, and Plaintiff's Motion for Order Authorizing Issuance of a Warrant of Arrest at Docket 4, and there being cause to

believe that Plaintiff holds a valid Preferred Ship Mortgage on the Vessel MISS CORINNE, Official Number 607659, now, therefore

IT IS ORDERED that the Warrant for Arrest filed at Docket 5 be issued by the Clerk of this Court for the Vessel MISS CORINNE, Official Number 607659, and the Vessel's mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boat, machinery, anchors, freights, fishing rights, and all other additions, improvements and necessaries appertaining.  The United States Marshal is hereby directed to execute the arrest of the Vessel upon the request of Plaintiff's counsel; and

IT IS FURTHER ORDERED that a copy of this Order be attached and served with the Warrant of Arrest; and

IT IS FURTHER ORDERED that the United States Marshal shall publish a Notice of Arrest of the Vessel pursuant to the applicable rules.

IT IS SO ORDERED.

DATED this ___17th___ day of February, 2012, at Anchorage, Alaska.

           /s/ John D. Roberts
          JOHN D. ROBERTS
          United States Magistrate Judge