# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GBC INTERNATIONAL BANK,<br><br>               Plaintiff,<br>    vs.<br><br>MISS CORINNE, Official Number 607659, her mast, bowsprit, cables, chains, rigging, equipment, gear, furniture, apparel, fixtures, tackle, boat, machinery, anchors, freights, fishing rights, and all other additions, improvements and necessaries appertaining, *In Rem*; and F/V MISS CORINNE LLC, *In Personam*,<br><br>              Defendants. | Case No. 3:12-cv-00035-SLG-JDR<br><br>**RECOMMENDATION REGARDING MOTION FOR CONFIRMATION OF SALE**<br><br>(Docket No. 49) |

Plaintiff GBC INTERNATIONAL BANK, LLC, has moved that the Court confirm the sale of the defendant Vessel MISS CORINNE, at Docket 49. The Vessel was sold by the United States Marshal at auction on June 21, 2012, at Anchorage, Alaska, pursuant to the court's order of June 5, 2012 at Docket 42. The

Vessel was sold to the highest bidder for $321,000.00 and the full funds for the vessel have been received by the Marshal.[1]

No person has appeared or opposed confirmation of the sale within the time provided by Local Admiralty Rule (e)-(14)(j). More than seven (7) calendar days have lapsed since the sale of the vessel, and, in accordance with Local Admiralty Rule (e)-14(j)(2), the motion is ripe for an order from the Court. Therefore, the magistrate judge recommends the Court find that:

1. The sale of the Vessel MISS CORINNE to Michael Lloyd Monson for $321,000.00 be confirmed; and

2. The United States Marshal should be directed to issue an appropriate Bill of Sale, deliver and release the Vessel to Mr. Monson provided the Marshal is first reimbursed for his custodial fees and costs.

There are no objections to approving the sale of the vessel before the Court. In the interest of justice and to expedite the business of the Court this recommendation shall be deemed a final recommendation with no objections to follow.

DATED this __9th__ day of July, 2012, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge

---

[1] *U.S. Marshals Return on Interlocutory,* Docket 48.